R. JASON READ, CA State Bar No. 117561
BART BOTTA, CA State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: Jason@rjlaw.com; Bart@rjlaw.com

Attorneys for Plaintiff
WESTERN PACIFIC PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| WESTERN PACIFIC PRODUCE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a California corporation; WRITE ON MARKETING, INC., a Wyoming corporation; ARNULFO DIAZ, an individual, and JOSE SALAZAR, an individual.<br><br>Defendants. | CASE NO. : 8:18-cv-01035-JVS-KES<br><br>**PLAINTIFF'S NOTICE OF NON-RECEIPT OF OPPOSITION TO THE ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that none of the Defendants in the above-captioned matter have served Plaintiff with an Opposition to the June 12, 2018 Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction [Dkt # 14] nor has Plaintiff's Counsel been contacted by any of the Defendants or

1

anyone acting on behalf of Defendants. The deadline to file and serve Plaintiff with any such Opposition was 12:00 p.m. on June 19, 2018.

Plaintiff has served each Defendant with a copy of the Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction both by Federal Express and personally, in accordance with the Court's Order. *See* Proof of Service [Dkt #15].

Accordingly, pursuant to Local Rule 7-12, the lack of any opposition should be deemed consent for this Court to take the requested preliminary injunction under consideration, and to grant Plaintiff's request for a preliminary injunction against Defendants WRITE ON MARKETING, INC., a California corporation; WRITE ON MARKETING, INC., a Wyoming corporation; ARNULFO DIAZ, an individual, and JOSE SALAZAR, an individual.

A proposed preliminary injunction has been lodged with the Court with this Notice.

Respectfully submitted,

DATED: June 20, 2018          RYNN & JANOWSKY, LLP

By:   /s/ R. Jason Read
      R. JASON READ
      Attorneys for Plaintiff,
      WESTERN PACIFIC PRODUCE INC.