R. JASON READ, CA State Bar No. 117561
BART BOTTA, CA State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: Jason@rjlaw.com; Bart@rjlaw.com

Attorneys for Plaintiff,
WESTERN PACIFIC PRODUCE, INC.

JS-6

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| WESTERN PACIFIC PRODUCE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a California corporation; WRITE ON MARKETING, INC., a Wyoming corporation; ARNULFO DIAZ, an individual, and JOSE SALAZAR, an individual.<br><br>Defendants. | CASE NO. : 8:18-cv-01035-JVS-KES<br><br>*Assigned to Hon. James V. Selna*<br><br>**ORDER APPROVING STIPULATION RE DISMISSAL OF DEFENDANT ARNULFO DIAZ WITHOUT PREJUDICE AND TURNOVER OF PACA TRUST ASSETS**<br><br>**FRCP Rule 41(a)(2)**<br><br>[No Hearing Necessary] |

Having read and considered the Stipulation entered into by and between Plaintiff WESTERN PACIFIC PRODUCE, INC. ("Western Pacific") and Defendant ARNULFO DIAZ ("Mr. Diaz"), an individual, by and through their respective counsel of record, for Dismissal of Mr. Diaz and turnover of PACA trust assets, and for good cause appearing therefor,

1

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1       1.      IT IS HEREBY ORDERED that Mr. Diaz is hereby dismissed from

2   this action, without prejudice, with all parties to bear their own costs and expenses,

3   including without limitation attorneys' fees.

4       2.      IT IS FURTHER ORDERED that all Perishable Agricultural

5   Commodities Act ("PACA") [7 U.S.C. §499e et seq.] trust assets subject to this

6   Court's Temporary Restraining Order [Document 14] and/or Preliminary

7   Injunction Order [Document 20], including without limitation funds on deposit

8   with Wells Fargo Bank, N.A., account number XXXXXX3170, shall be promptly

9   turned over by Wells Fargo Bank, N.A. to counsel for Western Pacific Produce by

10  check payable to "Rynn & Janowsky, LLP Client Trust Account."

11  SO ORDERED.

12

13  DATED:  October 2, 2018

    By: _____
        HON. JAMES V. SELNA
        U.S. DISTRICT COURT JUDGE